LAW OFFICES OF

**WALKUP, MELODIA, KELLY & SCHOENBERGER**

A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

VALERIE N. ROSE (State Bar #272566)
vrose@walkuplawoffice.com
ELISE GORBERG (State #364003)
egorberg@walkuplawoffice.com

**THE HAMILTON LAW FIRM, PC**
100 PINE STREET, SUITE 1250
SAN FRANCISCO, CA 94111
TEL. | FAX 415-570-7590

ALEXANDRA A. HAMILTON (State Bar#2808034)
alexandra@thehamiltonlaw.com

**ATTORNEYS FOR PLAINTIFF**
**G.M., A MINOR, BY AND THROUGH HIS**
**GUARDIAN AD LITEM EVAN MOSER**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.M., a minor, by and through his Guardian ad Litem EVAN MOSER,<br><br>Plaintiff,<br><br>v.<br><br>RESCUE UNION SCHOOL DISTRICT, EL DORADO COUNTY OFFICE OF EDUCATION, BREEZY HAWKINS, and DOES 1-30, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-00172-JAM-CSK<br>Assigned for All Purposes to:<br>Hon. Daniel J. Calabretta<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE AS TO THE SEVENTH CAUSE OF ACTION FOR DEFENDANT BREEZY HAWKINS ONLY**<br><br>Complaint Filed: January 20. 2026<br>Trial Date: Not Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff G.M., by and through his Guardian ad Litem EVAN MOSER, and Defendant Breezy Hawkins, acting through counsel, hereby stipulate to and request the dismissal without prejudice of Defendant Breezy Hawkins as to the Seventh

1

Cause of Action only, with each party to bear its own attorney's fees and costs.

Dated:  March 30, 2026          THE HAMILTON LAW FIRM, P.C.

By: _____

Alexandra A. Hamilton
Attorneys for PLAINTIFF
G.M., A MINOR, BY AND THROUGH HIS
GUARDIAN AD LITEM EVAN MOSER

Dated:  March 30, 2026          PORTER | SCOTT

By:   /s/ Jennifer L. Thompson
_____

Jennifer L. Thompson
Attorneys for DEFENDANT
BREEZY HAWKINS

JOINT STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE AS TO THE
SEVENTH CAUSE OF ACTION FOR DEFENDANT BREEZY HAWKINS ONLY

**ORDER**

Pursuant to the foregoing Stipulation, Defendant Breezy Hawkins is hereby dismissed as to the Seventh Cause of Action only, with each party to bear its own attorney's fees and costs.

Dated: March 30, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE AS TO THE SEVENTH CAUSE OF ACTION FOR DEFENDANT BREEZY HAWKINS ONLY